Prob 22 (Rev. 03/97)

| | | |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Transferring Court)<br>0:01CR00038-001(RHK)<br>DOCKET NO. (Receiving Court)<br>CR-05-50099-01-T-DCB(JM) |
| NAME AND LOCATION OF<br>Pablo Hernandez-Gutierrez<br>Tucson, Arizona | DISTRICT<br>MINNESOTA | DIVISION |
| | NAME OF SENTENCING JUDGE<br>Richard H. Kyle | |
| | DATES OF SUPERVISION FROM | TO |
| OFFENSE<br>Conspiracy to Distribute and Possess With Intent to Distribute Cocaine | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

7/28/05
Date

Richard H. Kyle, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

8/22/05
Effective Date

United States District Judge

I hereby attest and certify on 4/5/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By __________ Deputy

SCANNED
APR 14 2006